**340**

Atef S. YACOUB, Respondent,

v.

AMERICAN NATIONAL INSURANCE and CNA Insurance Company, Relators,

and

St. Paul Fire and Marine Insurance Company, Intervenor.

No. C5–00–385.

Supreme Court of Minnesota.

May 30, 2000.

Jay T. Hartman, Charlene K. Feenstra, Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, for appellant.

Steven Christensen, Roseville, for respondent.

Ted E. Sullivan, Lind, Jensen & Sullivan, Minneapolis, for intervenor.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 9, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Paul H. Anderson
Associate Justice